Curtis C. RODGERS, Respondent,

v.

Robert G. THRELKELD, Appellant.

No. WD 67923.

Missouri Court of Appeals,
Western District.

May 6, 2008.

Wayne E. Schirmer, Esq., Moberly, MO, for appellant.

Robert L. Knapp, Esq., Independence, MO, for respondent.

Before HARDWICK, P.J., SMART and WELSH, JJ.

## ORDER

PER CURIAM.

Robert Threlkeld appeals from a judgment awarding a 9.4 acre tract of land to Curtis Rodgers by adverse possession. For reasons explained in a Memorandum provided to the parties, we affirm the circuit court's judgment. **Rule 84.16(b).**

Danny BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 68132.

Missouri Court of Appeals,
Western District.

May 6, 2008.

Ruth B. Sanders, Kansas City, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, MO; for respondent Jamie P. Rasmussen, Asst. Attorney General, Jefferson City, MO, joins on the briefs.

Before PAUL M. SPINDEN, P.J., JAMES M. SMART, JR., and JOSEPH M. ELLIS, JJ.

### Order

PER CURIAM.

Danny Brown appeals the motion court's denial of his Rule 29.15 motion for postconviction relief.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).